**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ROCKSTAR CONSORTIUM US LP, AND MOBILESTAR TECHNOLOGIES LLC,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ASUSTEK COMPUTER, INC. AND ASUS COMPUTER INTERNATIONAL,<br><br>　　　　　Defendants. | Civil Action No.  2:13-cv-894<br><br>**JURY TRIAL DEMANDED** |

**ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ASUSTeK Computer Inc. hereby states that it is a Taiwanese corporation and is a publicly traded company in Taiwan, R.O.C.  There is no parent corporation or any publicly held corporation owning 10% or more of ASUSTeK Computer Inc.'s stock.

　　　　Defendant ASUS Computer International hereby states that its parent corporation is ASUSTeK Computer, Inc., and ASUSTeK Computer, Inc. is a publicly held corporation that owns 10% or more of ASUS Computer International's stock. With the exception of ASUSTeK Computer, Inc., no other publicly held corporation owns 10% or more of ASUS Computer International's stock.

Dated:  February 18, 2014			Respectfully submitted,

/s/ Harold H. Davis
*Attorneys for Defendants ASUSTeK Computer, Inc. and ASUS Computer International*

Harold H. Davis, Jr., *Lead Attorney*
California Bar No. 235552 (admitted in E.D. Tex.)
 harold.davis@klgates.com
Rachel Maire (to be admitted Pro Hac Vice)
California Bar No. 292952
 rachel.maire@klgates.com

K&L GATES LLP
Four Embarcadero, Suite 1200
San Francisco, CA 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Steven G. Schortgen
Texas State Bar No. 00794603
 steve.schortgen@klgates.com
Jennifer Klein Ayers
 Texas State Bar No. 24069322
 jennifer.ayers@klgates.com

K&L GATES LLP
1717 Main St.
Suite 2800
Dallas, Texas  75201
214.939.5500
214.939.5849 Facsimile

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2014, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Harold H. Davis*
_____