**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ROCKSTAR CONSORTIUM US LP AND MOBILESTAR TECHNOLOGIES, LLC | § § § | Civil Action No. 13-cv-0894-JRG |
| Plaintiffs, | § § § | **LEAD CASE** |
| v. | § § | |
| ASUSTEK COMPUTER, INC. AND ASUS COMPUTER INTERNATIONAL, INC. | § § § § | |
| Defendants. | § § § | |

<u>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT GOOGLE INC.**</u>

Defendant Google Inc. ("Google") files this Notice of Appearance of Additional Counsel in *Rockstar Consortium US LP v. Samsung Electronics Co.*, Case No. 13-cv-900-JRG and hereby notifies the Court that Matthew S. Warren of Quinn Emanuel Urquhart & Sullivan, LLP, 50 California Street, 22nd Floor, San Francisco, California, 94111 appears as additional counsel for Google in this matter.  Please serve all pleadings, discovery, correspondence, and other material for Google on Mr. Warren at this address.

Dated:  March 26, 2014          Respectfully submitted,

                                /s/ *Matthew S. Warren*
                                J. Mark Mann (State Bar No. 12926150)
                                mark@themannfirm.com
                                G. Blake Thompson (State Bar No. 24042033)
                                blake@themannfirm.com
                                MANN | TINDEL | THOMPSON
                                300 West Main Street
                                Henderson, Texas  75652
                                (903) 657-8540
                                (903) 657-6003 facsimile

                                Charles K. Verhoeven (Cal. Bar. No. 170151)
                                Sean Pak (Cal. Bar No. 219032)
                                Amy H. Candido (Cal. Bar No. 237829)
                                Matthew S. Warren (Cal. Bar No. 230565)
                                quinn-google-e.d.tex.-13-00900@quinnemanuel.com
                                QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                50 California Street, 22nd Floor
                                San Francisco, California  94111
                                (415) 875-6600
                                (415) 875-6700 facsimile

                                Patrick Curran (N.Y. Bar No. 4648077)
                                QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                quinn-google-e.d.tex.-13-00900@quinnemanuel.com
                                51 Madison Avenue, 22nd Floor
                                New York, New York  10010
                                212-849-7000
                                212-849-7100 facsimile

                                *Attorneys for Defendant Google Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 26, 2014.

/s/ *Matthew S. Warren*
Matthew S. Warren