# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROCKSTAR CONSORTIUM US LP, AND MOBILESTAR TECHNOLOGIES LLC,<br><br>**Plaintiffs**<br><br>v.<br><br>ASUSTEK COMPUTER, INC. AND ASUS COMPUTER INTERNATIONAL, INC.,<br><br>**Defendants** | Civil Action No. 2:13-cv-00894-JRG<br><br>JURY TRIAL |

## JOINT MOTION FOR ENTRY OF DISCOVERY ORDER

Pursuant to the Court's March 21, 2014 Order (Dkt. No. 32) and subsequent April 22, 2014, Order on Joint Motion to Extend Time (Dkt. No. 72), Plaintiffs Rockstar Consortium US LP and MobileStar Technologies LLC (collectively, "Plaintiffs") and Defendants ASUSTeK Computer, Inc., ASUS Computer International, Inc., HTC Corporation, HTC America, Inc., LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Electronics Mobilecomm USA Inc., Pantech Co., Ltd., Pantech Wireless, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, Google, Inc., ZTE Corporation, ZTE (USA) Inc., and ZTE Solutions, Inc. (collectively, "Defendants") jointly submit a proposed Docket Control Order, attached hereto as Exhibit A. The parties were not able to agree on all aspects of these proposed orders. Where the parties disagree, the proposed orders reflect the parties' competing provisions. Plaintiffs' briefing on disputed issues is attached hereto as Exhibit B. Defendants' briefing on disputed issues is attached hereto as Exhibit C.

Dated: April 25, 2014                              Respectfully submitted,

                                                   /s/

J. Mark Mann (State Bar No. 12926150)              J. Mark Mann (State Bar No. 12926150)
mark@themannfirm.com                               mark@themannfirm.com
G. Blake Thompson (State Bar No. 24042033)         G. Blake Thompson (State Bar No. 24042033)
blake@themannfirm.com                              blake@themannfirm.com
MANN | TINDEL | THOMPSON                           MANN | TINDEL | THOMPSON
300 West Main Street                               300 West Main Street
Henderson, Texas  75652                            Henderson, Texas  75652
(903) 657-8540                                     (903) 657-8540
(903) 657-6003 facsimile                           (903) 657-6003 facsimile

Charles K. Verhoeven (Cal. Bar. No. 170151)        Charles K. Verhoeven (Cal. Bar. No. 170151)
Sean Pak (Cal. Bar. No. 2190323)                   Sean Pak (Cal. Bar No. 219032)
quinn-samsung-e.d.tex.-13-0900                     Amy H. Candido (Cal. Bar No. 237829)
     @quinnemanuel.com                             Matthew S. Warren (Cal. Bar No. 230565)
QUINN EMANUEL URQUHART                             quinn-google-e.d.tex.-13-00900
    & SULLIVAN, LLP                                     @quinnemanuel.com
50 California Street, 22nd Floor                   QUINN EMANUEL URQUHART
San Francisco, California 94111                        & SULLIVAN, LLP
(415) 875-6600                                     50 California Street, 22nd Floor
(415) 875-6700 facsimile                           San Francisco, California  94111
                                                   (415) 875-6600
Kevin P.B. Johnson (Cal. Bar No. 177129)           (415) 875-6700 facsimile
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP                                Patrick Curran (N.Y. Bar No. 4648077)
555 Twin Dolphin Dr., 5th Floor                    quinn-google-e.d.tex.-13-00900
Redwood Shores, California  94065                       @quinnemanuel.com
(650) 801-5000                                     QUINN EMANUEL URQUHART
(650) 801-5100 facsimile                               & SULLIVAN, LLP
                                                   51 Madison Avenue, 22nd Floor
Joseph Milowic III (NY Bar. No. 4622221)           New York, New York  10010
QUINN EMANUEL URQUHART                             212-849-7000
    & SULLIVAN, LLP                                212-849-7100 facsimile
51 Madison Avenue, 22nd Floor
New York, New York  10010                          *Attorneys for Defendant Google Inc.*
(212) 849-7000
(212) 849-7100 facsimile

*Attorneys for Defendants Samsung Electronics, Co., Ltd.,*
*Samsung Electronics America, Inc., and Samsung*
*Telecommunications America, LLC*

Harold H. Davis, Jr. (Cal. Bar No. 235552)
harold.davis@klgates.com
Irene I Yang (Cal. Bar No. 245464)
irene.yang@klgates.com
K&L GATES LLP
Four Embarcadero, Suite 1200
San Francisco, California  94111
(415) 882-8200
(415) 882-8220 facsimile

Jeffrey M. Ratinoff (Cal. Bar No. 197241)
jeffrey.ratifnoff@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, California  94304
(650) 798-6700
(650) 798-6701 facsimile

Jennifer Klein Ayers (State Bar No. 24069322)
jennifer.ayers@klgates.com
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, Texas  75201
(214) 939-5500
(214) 939-5849 facsimile

*Attorneys for Defendants ASUStek Computer, Inc. and ASUS Computer International*

Richard D. Harris (Ill. Bar No. 1137913)
harrisr@gtlaw.com
Jeffrey G. Mote (Ill. Bar No. 6243534)
motej@gtlaw.com
Eric J. Maiers (Ill. Bar No. 6286775)
maierse@gtlaw.com
GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois  60601
(312) 456-8400
(312) 456-8435 facsimile

Mary-Olga Lovett (State Bar No. 00789289)
lovettm@gtlaw.com
GREENBERG TRAURIG LLP
1000 Louisana, Suite 1800
Houston, Texas  77002

Michael J. Bettinger (Cal. Bar No. 122196)
mike.bettinger@klgates.com
Curt Holbreich (Cal. Bar. No. 168053)
curt.holbreich@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California  94111
(415) 882-8200
(415) 882-8220 facsimile

*Attorneys for Defendants HTC Corporation and HTC America, Inc.*

W. Barton Rankin (State Bar No. 24037333)
bart.rankin@bakermckenzie.com
BAKER & MCKENZIE LLP
2300 Trammel Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas  75201
(214) 978-3000
(214) 978-9099 facsimile

D. James Pak (Cal. Bar No. 194331)
d.james.pak@bakermckenzie.com
BAKER & MCKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, California  94111
(415) 576-3000
(415) 576-3099 facsimile

*Attorneys for Defendants Pantech Co., Ltd., And Pantech Wireless, Inc.*

Alexas D. Skucas
askucas@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036
(212) 556-2100
(212) 556-2222 facsimile

Steven T. Snyder
ssnyder@kslaw.com
Anup M. Shah
ashah@kslaw.com
KING & SPALDING LLP

(713) 374-3500
(713) 374-3501

*Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm USA Inc.*

/s/ *David Sochia (with permission)*
Mike McKool
Texas State Bar No. 13732100
mmckool@McKoolSmith.com
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@McKoolSmith.com
Ted Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
David Sochia
Texas State Bar No. 00797470
dsochia@McKoolSmith.com
Ryan Hargrave
Texas State Bar No. 24071516
rhargrave@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Joshua W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

*Attorneys for Plaintiffs Rockstar Consortium US LP And MobileStar Technologies LLC*

100 North Tryon Street, Suite 3900
Charlotte, North Carolina 28202
(704) 503-2600
(704) 503-2622 facsimile

Everett Upshaw (State Bar No. 24025690)
everettupshaw@everettupshaw.com
David A. Bailey (State Bar No. 24078177)
davidbailey@everettupshaw.com
LAW OFFICE OF EVERETT UPSHAW, PLLC
811 South Central Expressway, Suite 307
Richardson, Texas 75080
(972) 920-8000
(214) 865-6086 facsimile

*Attorneys for Defendant ZTE (USA) Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 28, 2014.

/s/ *J. Mark Mann*
J. Mark Mann