# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROCKSTAR CONSORTIUM US LP, et al., | § § § | |
| *Plaintiffs*, | § § | Case No. 2:13-CV-894-JRG |
| v. | § § | LEAD CASE |
| ASUSTEK COMPUTER, INC., et al., | § § § | |
| HTC CORPORATION, et al., | § § | Case No. 2:13-CV-895-JRG |
| LG ELECTRONICS, INC., et al., | § § | Case No. 2:13-CV-898-JRG |
| PANTECH CO., LTD., et al., | § § | Case No. 2:13-CV-899-JRG |
| SAMSUNG ELECTRONICS CO., LTD., et al., | § § § | Case No. 2:13-CV-900-JRG |
| ZTE (USA) INC., et al. | § | Case No. 2:13-CV-901-JRG |

## ORDER

Acting pursuant to the order of the United States Court of Appeals for the Federal Circuit (Dkt. No. 177), the Court hereby ORDERS that the above captioned proceedings are stayed and administratively closed pending the outcome of the declaratory judgment action now pending in the Northern District of California (N.D. Cal. Case No. 4:13-cv-05933). Upon resolution of the pending declaratory judgment action in the Northern District of California, Plaintiff shall file a motion with this Court indicating such and expressing its belief that the above captioned cases are ready to be reopened and this stay lifted.

**So ORDERED and SIGNED this 10th day of October, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE