# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ROCKSTAR CONSORTIUM US LP AND MOBILESTAR TECHNOLOGIES LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**ASUSTEK COMPUTER, INC. AND ASUS COMPUTER INTERNATIONAL, INC.,**<br><br>Defendants. | Civil Action Nos. 2:13-cv-00894-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiffs Rockstar Consortium US LP and MobileStar Technologies LLC (collectively, "Plaintiffs") and Defendants ASUSTek Computer, Inc. and ASUS Computer International, Inc., (collectively, "Defendants") have resolved Plaintiffs' claims for relief against Defendants and Defendants' counterclaims for relief against Plaintiffs asserted in this case.

NOW, THEREFORE, Plaintiffs and Defendants, through their attorneys of record, request this Court to dismiss Plaintiffs' claims for relief against Defendants with prejudice and Defendants' claims, defenses, or counterclaims for relief against Plaintiffs with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring the same.

McKool 1077557v1

Dated: February 13, 2015.

**MCKOOL SMITH, P.C.**

*/s/ David Sochia*
Mike McKool
Texas State Bar No. 13732100
mmckool@McKoolSmith.com
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@McKoolSmith.com
Ted Stevenson III
LEAD ATTORNEY
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
David Sochia
Texas State Bar No. 00797470
dsochia@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Joshua W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**ATTORNEYS FOR PLAINTIFFS ROCKSTAR CONSORTIUM US LP, AND MOBILESTAR TECHNOLOGIES LLC**

**K&L GATES LLP**

*/s/ Harold H. Davis, Jr.*
Harold H. Davis, Jr., Lead Attorney
California Bar No. 235552
 (admitted in E.D. Tex.)
harold.davis@klgates.com
Rachel Maire (admitted in E.D. Tex.)
California Bar No. 292952
rachel.maire@klgates.com
**K&L GATES LLP**
Four Embarcadero, Suite 1200
San Francisco, CA 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Jeffrey M. Ratinoff
California Bar No. 197241
630 Hansen Way
**K&L GATES LLP**
Palo Alto, CA 94304
Telephone: (650) 798-6700
Facsimile: (650) 798-6701

Steven G. Schortgen
Texas State Bar No. 00794603
steve.schortgen@klgates.com
Jennifer Klein Ayers
Texas State Bar No. 24069322
jennifer.ayers@klgates.com
**K&L GATES LLP**
1717 Main St.
Suite 2800
Dallas, Texas 75201
214.939.5500
214.939.5849 Facsimile

**ATTORNEYS FOR DEFENDANTS
ASUSTEK COMPUTER, INC. AND
ASUS COMPUTER INTERNATIONAL**

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document has been served on all counsel of record on February 13, 2015.

                                          */s/ Kathy H. Li*
                                          Kathy H. Li